# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
James E. Krebsbach
**SSN:** xxx–xx–4206
**EIN:** N/A
dba James E. Krebsbach Construction, dba Pave Your Way

5443 Pine Cone Road
La Crescenta, CA 91214

**BANKRUPTCY NO.** 2:10–bk–21498–AA
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim on or before March 2, 2011.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: November 30, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN–10

**42 / G2**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: James E. Krebsbach | Case Number: 2:10-21498-AA |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**         $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
   **Describe:**

   **Value of Property: $**_____ **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**
   **if any: $**_____ **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____         _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: LynnlC                 Page 1 of 2                   Date Rcvd: Nov 30, 2010
Case: 10-21498                 Form ID: ntcpdiv             Total Noticed: 64


The following entities were noticed by first class mail on Dec 02, 2010.
db           +James E. Krebsbach,    5443 Pine Cone Road,    La Crescenta, CA 91214-1461
aty          +Adam Telanoff,    11945 W Washington Blvd,    Los Angeles, CA 90066-5825
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
cr           +Bosco Credit LLC,    c/o Rosicki, Rosicki & Associates, P.C.,     Outsource Management,
               51 East Bethpage Road,    Plainview, NY 11803-4224
26003576     +A.O. Richardson Equipment Rentals,     4311 San Fernando Road,    Glendale, CA 91204-2590
26003579     +AT&T,    PO Box 630052,    Dallas, TX 75263-0052
26003578     +Angelus Block,    11374 Tuxford Street,    Sun Valley, CA 91352-2678
26003580     +Awa Collections,    PO Box 6605,    Orange, CA 92863-6605
26251427     +BOSCO CREDIT LLC,    c/o Franklin Credit,    Management Corp.,    P.O. Box 62055,
               Indianapolis, IN 46262-0001
26003581     +Badger Blocks,    9851 Glenoaks Blvd,    Sun Valley, CA 91352-1016
26003583     +Bay Area Credit Service LLC,    1901 W. 10th Street,    Antioch, CA 94509-1380
26003584     +Bay Area Credit Services,    1901 W. 10th Street,    Antioch, CA 94509-1380
26003585     +Capital One, N.A.,    6200 Chevy Chase Drive,    Laurel, MD 20707-2968
26003586     +Central Valley Builders Supply,     7030 Canby Ave,    Reseda, CA 91335-4301
26003590     +Citi Financial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
26350263     +Citi Financial,    928 N San Fernando Blvd,    Burbank CA 91504-4350
26003591      Discover Financial Services, LLC,     PO Box 16316,    Wilmington, DE 19850
26003592      Equiant Financial Services,    4943 N. Scottsdale Road,    Scottsdale, AZ 85251
26003593     +Ferguson Plumbing Supply,    3421 N. San Fernando Road St. E,    Los Angeles, CA 90065-1400
26003594     +Fidelity Creditor Services,    216 S. Louise Street,    Glendale, CA 91205-1637
26003595      First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
26003596      Franchise Tax Board of Equalization,     PO Box 942867,    Sacramento, CA 94267-0009
26003598     +Frontier Building Supply Co,    PO Box 658,    North Hollywood, CA 91603-0658
26003599     +Gordon L. Grado MD Inc.,    2926 N. Civic Center Plaza,    Scottsdale, AZ 85251-6902
26003600     +Greenberg & Jackson,CPAs,    2441 Honolulu, Suite 120,    Montrose, CA 91020-2507
26003601     +Home Depot Business Rewards Masterc,     PO Box 689147,    Des Moines, IA 50368-9147
26003604     +Los Angeles County Tax Collector,     225 North Hill Street,    Los Angeles, CA 90012-3232
26003605      Lowes Comercial Services,    PO Box 530970,    Atlanta, GA 30353-0970
26003606     +Mac Mall,    PO Box 105658,    Atlanta, GA 30348-5658
26003607      Mepco Finance Corp,    PO Box 5978,    Carol Stream, IL 60197-5978
26003608     +Meridian Financial Services,    POX Box 1410,    21 Overland Industrail Blvd, Buildi,
               Asheville, NC 28806-1376
26003609      Mountain States Commercial Credit M,     PO Box 1070,    Englewood, CO 80150-1070
26003610     +Municipal Services Bureau,    5912 Balcones Drive, Suite 100,    Austin, TX 78731-4310
26003611      National Ready Mix Concrete,    15821 Ventura Blvd # 475,    Encino, CA 91436-4778
26003613    ++PENTAGON FEDERAL CREDIT UNION,    ATTN BANKRUPTCY DEPARTMENT,    P O BOX 1432,    ALEXANDRIA VA,
               22313-1432
             (address filed with court: Pentagon Federal Credit Union,     PO Box 1432,
               Alexandria, VA 22313-2032)
26216910     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o Citibank,
               POB 41067,    NORFOLK VA 23541-1067
26003612     +Pacific Monark Resort,    23091 Mill Creek Drive,    Laguna Hills, CA 92653-1258
26909163     +Pentagon FCU,    R.A. Rogers Inc.,    PO Box 3302,    Crofton MD 21114-0302
26003614     +Portfolio Recovery & Affilates,     120 Corporate Blvd, Suite 1,    Norfolk, VA 23502-4962
26003615     +Prime Building Material, Inc.,     6900 Lankershim Blvd.,    North Hollywood, CA 91605-6110
26003616     +Recycled Aggregate Materials Compan,     C/O Law Offices Of Keith Levey,
               21818 Craggy View Street, Suite 202,     Chatsworth, CA 91311-2952
26003617     +Resort Management International,     1110 Mortimar Drive, Suite 310,    Mobile, AL 36609-1724
26003618      Sofen Enterprises, Inc.,    4491 Gayle Drive,    Tarzana, CA 91356-5017
26003619     +Specialized Loan Servicing, LLC,     8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
26003620     +Stock Building Supply,    3250 N. San Fernando Road,    Los Angeles, CA 90065-1415
26003621     +Systems Paving, Inc,    C/O Rutter Hobbs And Davidoff,    1901 Avenue Of The Stars, Suite 170,
               Los Angeles, CA 90067-6001
26003622      T.D. Service Company,    PO Box 11988,    Santa Ana, CA 92711-1988
26003623     +Thunderbird Collection,    3200 N. Hayden Road, Suite 100,    Scottsdale, AZ 85251-6653
26003624      US Airways,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337

The following entities were noticed by electronic transmission on Dec 01, 2010.
tr           +EDI: QRGONZALEZ.COM Dec 01 2010 01:33:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
               530 S. Hewitt Street, Suite 148,     Los Angeles, CA 90013-1906
smg           EDI: EDD.COM Dec 01 2010 01:33:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Dec 01 2010 01:33:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
26003577      E-mail/Text: RHilton@republicservices.com                            Allied Waste Services,
               PO Box 78829,    Phoenix, AZ 85062-8829
26003582      EDI: RMSC.COM Dec 01 2010 01:33:00      Banana Republic,    5900 N. Meadow Drive,
               Grove City, OH 43123-8476
26520045      EDI: BLINE.COM Dec 01 2010 01:33:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
26003587      EDI: CHASE.COM Dec 01 2010 04:48:00      Chase,    Card Member Services,    PO Box 94014,
               Palatine, IL 60094-4014
26003588      E-mail/Text: tina.oyafunke@capitalone.com                            Chevy Chase Bank,
               6151 Chevy Chase Drive,    Laurel, MD 20707-2918
26003589     +EDI: CITICORP.COM Dec 01 2010 01:33:00      Citi Cards,    Processing Center,
               Des Moines, IA 50363-0001
26184654     +EDI: DISCOVER.COM Dec 01 2010 01:33:00      Discover Bank/DFS Services LLC,    POB 3025,
               New Albany Ohio 43054-3025
```

```
District/off: 0973-2          User: LynnlC              Page 2 of 2              Date Rcvd: Nov 30, 2010
Case: 10-21498                Form ID: ntcpdiv          Total Noticed: 64

The following entities were noticed by electronic transmission (continued)
26003597     +E-mail/Text: bankruptcynotice@franklincredit.com
              Franklin Credit Management,    101 Hudson Street,    Jersey City, NJ 07302-3984
27429496      EDI: RMSC.COM Dec 01 2010 01:33:00      GE Money Bank,   c/o Recovery Management Systems Corporat,
              25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
26003603      EDI: IRS.COM Dec 01 2010 01:33:00      Internal Revenue Service,    Fresno, CA 93888-0002
26003602      EDI: IRS.COM Dec 01 2010 01:33:00      Internal Revenue Service,    Ogden, UT 84201-0025
26037008     +EDI: MID8.COM Dec 01 2010 01:33:00      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
26216910     +EDI: PRA.COM Dec 01 2010 01:33:00      PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,    c/o Citibank,   POB 41067,    NORFOLK VA 23541-1067
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            Sofen Enterprises,Inc
cr*          +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
26117839*    +Angelus Block,   11374 Tuxford St,    Sun Valley, CA 91352-2678
                                                                                     TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**                **Signature:** _Joseph Speetjens_