| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Adam J. Telanoff (csb 159761)<br>Telanoff & Telanoff<br>11945 W. Washington Blvd.<br>Los Angeles, CA    90066<br>(310) 403-6250<br>(310) 397-9507 fax<br>adam@telanoff.com<br><br>☒ Attorney for Movant(s)<br>☐ Movant(s) appearing without attorney | FOR COURT USE ONLY<br><br>FILED<br>DEC 20 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JAMES E. KREBSBACH<br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-BK-21498-AA<br>CHAPTER: 7<br><br>**STIPULATION FOR ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
|---|---|

This Stipulation for Order Granting Movant SOFEN ENTERPRISES, INC. relief rom the automatic stay under 11 U.S.C. §362 is entered into by and between Debtor, James E. Krebsbach, by and through his attorney of record Douglas A. Crowder, Crowder Law Center and Sofen Enterprises, Inc., by and through its attorney of record, Adam J. Telanoff, Telanoff & Telanoff.

It is hereby STIPULATED AND AGREED that:

1. As to Movant, its successors, transferees and assigns the stay of 11 U.S.C. § 362(a) is to be **Terminated** as to Debtor and Debtor's bankruptcy estate.

2. The termination of the stay of The Motion affects the following real property ("Property"):
   Street Address:         VACANT LAND, APN 5867-009-042
   City, State, Zip Code:  LA CRESCENTA, CA

The legal description of the property is contained the attached page. EXHIBIT "A"

3. Termination of the stay is to be granted under 11 U.S.C. § 362(d)(1)

4. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

5. Movant shall not conduct a foreclosure sale before November 14, 2010.

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. The 14-day stay provided by FRBP 4001(a)(3) is waived.

8. No protection is required.

DATED: 11/20/10

Douglas A. Crowder, attorney for
Debtor James E. Krebsbach

DATED: 12/20/10

Adam J. Telanoff, attorney for
Movant Sofen Enterprises, Inc.