**FILED & ENTERED**

JAN 13 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>James E. Krebsbach,<br><br><br><br>Debtor(s). | Case No: 2:10-bk-21498-AA<br><br>Chapter: 7<br><br>**ORDER DENYING APPROVAL OF STIPULATION FOR ORDER GRANTING MOTION FOR RELIEF FROM STAY**<br><br>Date:       October 20, 2010<br>Time:       11:00 AM<br>Location:  255 E. Temple Street<br>                 Courtroom 1375<br>                 Los Angeles, CA 90012 |

The Court, having considered the Stipulation for Order Granting Motion for Relief from Stay (the "Stipulation"), hereby DENIES approval of the Stipulation on the following grounds:

1. the motion for relief from stay was **denied** at the hearing on Oct. 20, 2010, and

2. the subject property is property of the estate and the trustee has not stipulated to relief from stay.

DATED: January 13, 2011

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *1/12/11*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Douglas A Crowder on behalf of Debtor James Krebsbach
Notices@crowderlaw.com, dcrowder1776@gmail.com

Andrew David Goldberg on behalf of Creditor Bosco Credit LLC
agoldberg@rosicki.com

Rosendo Gonzalez (TR)
rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net

Joe M Lozano on behalf of Creditor Specialized Loan Servicing, LLC
notice@NBSDefaultServices.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Alan Steven Wolf on behalf of Creditor Bosco Credit LLC
wdk@wolffirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Adam Telanoff on behalf of Creditor Sofen Enterprises,Inc
11945 W Washington Blvd
Los Angeles, CA 90066

**James E. Krebsbach**
5443 Pine Cone Road
La Crescenta, CA 91214

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page