| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Adam J. Telanoff (csb 159761)<br>Telanoff & Telanoff<br>1830 12th Street, Unit 7<br>Santa Monica, CA    90404<br>(310) 396-5380<br>(310) 397-9507 fax<br>Adam.telanoff@gmail.com<br><br>☒ Attorney for Movant(s)Sofen Enterprises, Inc.<br>☐ Movant(s) appearing without attorney | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 02 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** queen     **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES  **DIVISION**

| In re:<br><br>JAMES E. KREBSBACH<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-BK-21498-AA<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: 03/30/2011<br>TIME: 11:00 a.m.<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street, Los Angeles, CA |
|---|---|

**MOVANT: SOFEN ENTERPRISES, INC.**

1. The Motion was:    ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*         VACANT LAND, APN 5867-009-042
   *Unit Number:*
   *City, State, Zip Code:*  LA CRESCENTA, CA

   Legal description or document recording number (including county of recording):

   ☒ See attached page. EXHIBIT "A"

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): November 14, 2010.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☐ See attached continuation page for additional provisions.

###

DATED: May 2, 2011

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 2    **F 4001-1.ORDER.RP**

EXHIBIT A
LEGAL DESCRIPTION

That certain real property situated in the County of Los Angeles, State of California, described as follows:

THOSE PORTIONS OF LOTS 20 AND 21 OF TRACT 13346, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 349 PAGES 7 THROUGH 9 INCLUSIVE OF MAPS, IN THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS A WHOLE AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF SAID LOT 21; THENCE SOUTH 30 DEGREE 17 MINUTE 28 SECONDS WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT 21, 45 43 FEET, TO THE TRUE POINT OF BEGINNING; THENCE NORTH 48 DEGREE 52 MINUTE 51 SECONDS WEST 50 38 FEET,

THENCE NORTH 23 DEGREE 45 MINUTE 00 SECONDS WEST 93 00 FEET; THENCE SOUTH 79 DEGREE 37 MINUTE 35 SECONDS WEST 53 46 FEET TO THE EASTERLY SIDELINE OF CLOUD CREST ROAD, AS SHOWN ON SAID MAP; THENCE SOUTHERLY AND SOUTHEASTERLY ALONG THE WESTERLY AND SOUTHEASTERLY SIDELINES OF SAID LOTS 20 AND 21 TO THE MOST SOUTHERLY CORNER OF SAID LOT 21, THENCE NORTH 30 DEGREE 17 MINUTE 28 SECONDS EAST ALONG THE SOUTHEASTERLY LIN EOF SAID LOT 21 58 10 FEET TO THE TRUE POINT OF BEGINNING.  THE FOLLWOIGN IS A LEGAL DESCRIPTION OF A 10' WIDE EASEMENT FOR SEWER AND WATER LINE PURPOSES OVER THAT PORTION OF LOT 20 IN TRACT NO 13346 IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 349 PAGES 7 – 9 INCLUSIVE OF MAPS, IN THE COUNTY RECORDER OF SAID COUNTY, LYING 5 00' ON EASH SIDE OF THE FOLLOWING DESCRIBED CENTERLINE, BEGINNING AT A POINT ON THE CURVED EASTERLY SIDELINE OF CLOUD CREST ROAD, AS SHOWN ON SAID TRACT MAP, SAID POINT BEING 80 50' MEASURED ALONG SAID CURVE, SOUTHERLY FROM NORTHWESTERLY CORNER OF SAID LOT 20, A RADIAL LINE TO SAID POINT BEARS NORTH 78 DEGREE 37 MIUTE 37 SECONDS EAST THENCE NORTH 63 DEGREE 40 MINUTE 00 SECONDS EAST 57 40 FEET SAID LAND LOT LINE ADJUSTMENT NUMBER LLA 101, 381 RECORDED FEBRUARY 1, 1996 AS INSTRUMENT NO 96-184486 OF OFFICIAL RECORDS

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*　　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　　　　　**F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 2, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR; James E. Krebsbach, Debtor, 5443 Pine Cone Road, La Crescenta, CA 91214

Hon. Alan Ahart, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 2, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

UNITED STATES TRUSTEE:                ustpregion16.la.ecf@usdoj.gov

TRUSTEE; Rosendo Gonzalez:            rgonzalez@ecf.epiqsystems.com

DEBTOR COUNSEL; Douglas A. Crowder:   notices@crowderlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 2, 2011 | Adam J. Telanoff | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                          Page 4                          **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 11/02/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

UNITED STATES TRUSTEE:                ustpregion16.la.ecf@usdoj.gov

TRUSTEE; Rosendo Gonzalez:            rgonzalez@ecf.epiqsystems.com

DEBTOR COUNSEL; Douglas A. Crowder:   notices@crowderlaw.com

MOVANT'S COUNSEL; Adam J. Telanoff    adam.telanoff@gmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR; James E. Krebsbach, Debtor, 5443 Pine Cone Road, La Crescenta, CA 91214

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                Page 5                                **F 4001-1.ORDER.RP**